# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| STRAITS FINANCIAL LLC, <br><br> Plaintiff, <br><br> v. <br><br> TEN SLEEP CATTLE CO. and RICHARD CARTER, <br><br> Defendants. <br><br> TEN SLEEP CATTLE CO. and RICHARD CARTER, <br><br> Counter-Plaintiffs and Third-Party Plaintiff, <br><br> v. <br><br> STRAITS FINANCIAL LLC, <br><br> Counter-Defendant, <br><br> and <br><br> JASON PERKINS, <br><br> Third-Party Defendant. | Case No. 1:12-cv-06110 <br><br> Honorable Manish Shah |

**TEN SLEEP CATTLE CO. AND RICHARD CARTER'S
MOTION FOR ENTRY OF JUDGMENT**

Ten Sleep Cattle Co. and Richard Carter (collectively "Ten Sleep"), by their attorneys and pursuant to the Opinion and Final Judgment issued by the Seventh Circuit Court of Appeals on August 13, 2018 (Dkt. ## 176, 177), move this Court for entry of judgment in the amount of $2,206,754.80, plus prejudgment interest in the amount of $309,867.67, post-judgment interest calculated on a compounded annual basis at the rate of 0.65% until paid in full, and attorneys' fees.

In support of this Motion, Ten Sleep submits the accompanying Memorandum in Support of Motion for Entry of Judgment filed contemporaneously with this Motion. Ten Sleep will separately submit its Petition for Supplemental Award of Attorneys' Fees.

Dated: October 9, 2018                      Respectfully submitted,


*/s/ Nancy L. Hendrickson*
One of the attorneys for Ten Sleep Cattle Co. and Richard Carter


Nancy L. Hendrickson
ARDC No. 6207710
KAUFMAN DOLOWICH & VOLUCK
135 S. LaSalle St. Suite 2100
Chicago, IL 60603
(312) 863-3663
nhendrickson@kdvlaw.com

# CERTIFICATE OF SERVICE

Nancy L. Hendrickson, an attorney, hereby certifies that on October 9, 2018 she caused a copy of *Ten Sleep Cattle Company's and Richard Carter's Motion for Entry of Judgment* to be served via the Court's ECF/electronic mailing system upon:

Howard J. Stein
Attorney at Law
70 West Madison Street
Suite 2100
Chicago, IL 60602
hsteinlaw@aol.com


James McGurk
10 South LaSalle Street
Suite 3300
Chicago, IL 60603
jamcgurk@flash.net


/s/ Nancy L. Hendrickson